UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LORENZO RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAKE COUNTY SHERIFF'S OFFICE )<br>and WAKE COUNTY DISTRICT )<br>COURT JUDGES, )<br>)<br>)<br>Defendants. ) | **JUDGMENT**<br>No. 5:14-CV-549-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for leave to proceed in forma pauperis [D.E. 1, 3] is ALLOWED. The clerk shall file the complaint [D.E. 1-1, 1-2]. The complaint [D.E. 1-1, 1-2] is DISMISSED as frivolous. The clerk shall close the case.

**This Judgment Filed and Entered on June 19, 2015, and Copies To:**
Lorenzo Richardson          (via US Mail, 3108 Fields Drive, Raleigh, NC 27603)


DATE                                                  **JULIE RICHARDS JOHNSTON, CLERK**
June 19, 2015                                    By:    /s/ Courtney O'Brien
                                                                    Deputy Clerk